No. 75-5609.   HUSTON v. CALIFORNIA; and

No. 75-6029.   GARVAS v. CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 75-5640.   YOUNG ET AL. v. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 75-5656.   ANDRADE ET AL. v. HAUCK, SHERIFF, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 75-5663.   BERTRAND v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 75-5674.   SMITH v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 75-5682.   GEREAU ET AL. v. GOVERNMENT OF THE VIRGIN ISLANDS.   C. A. 3d Cir.   Certiorari denied.

No. 75-5686.   BAXTER v. TEXAS.   Ct. Civ. App. Tex., 7th Sup. Jud. Dist.   Certiorari denied.

No. 75-5689.   RAY v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 75-5699.   OSBORNE v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 75-5710.   PHILLIPS v. TENNESSEE.   Ct. Crim. App. Tenn.   Certiorari denied.

No. 75-5711.   WARREN v. LEVI, ATTORNEY GENERAL, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 75-5712.   BEDFORD v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.